IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN AND ELAINE BALDWIN, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:10-cv-01144 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| | : | |
| ZIMMER, INC., ET AL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Pursuant to this Court's August 19, 2011, Order granting Defendants' Motion to Dismiss, Plaintiffs were given thirty (30) days to file an amended complaint. Thirty days have now expired, and Plaintiffs have not filed an amended complaint with the Court. Therefore, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: September 27, 2011**